UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT J. SEARLE AND SUSAN GRELLE SEARLE, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. |
| RBS CITIZENS, N.A., DITECH GREENTREE FINANCIAL, AND HARMON LAW OFFICES, P.C. | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF REMOVAL

TO: The Honorable Judges of the United States District Court for the District of Massachusetts

Pursuant to 28 U.S.C. §§ 1441 *et seq.* Defendant Ditech Financial LLC, formerly known as Green Tree Servicing LLC ("Ditech"), and RBS Citizens, N.A. ("Citizens," collectively the "Defendants") remove the action captioned <u>Robert J. Searle and Susan Grelle Searle v. RBS Citizens, N.A, et al.</u>, C.A. No. PC-2016-4042, now pending in the Massachusetts Superior Court, Essex County, to the United States District Court for the District of Massachusetts. In so doing, Defendants state the following:

1. On or about March 6, 2017, Robert J. Searle and Susan Grelle Searle ("the Plaintiffs") filed this action against Ditech, Citizens, and Harmon Law Offices, P.C. ("Harmon") and Essex County Superior Court.

2. Ditech subsequently received Plaintiffs' Complaint and Motion for Preliminary Injunction to Stop Foreclosure Sale. A true and accurate copy of the documents received by

1

Ditech are attached as **Exhibit A**. Pursuant to 28 U.S.C. § 1446, this Notice of Removal is timely because it has been filed within thirty (30) days of Ditech's receipt of the Complaint.

3. Plaintiffs' claims arise under federal law and, as a result, this Court has jurisdiction over those claims pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction under 28 U.S.C. § 1367 over any remaining claims, which are based on the same allegations underlying the other claims. Specifically, in the Complaint, Plaintiffs assert claims against Citizens, the current holder of a second mortgage (i.e., a Home Equity Line of Credit) on property located at 9 Prospect Street, Merrimac, Massachusetts (the "Property") and the holder of the promissory note, Ditech, the current loan servicer, and Harmon, foreclosure counsel. Plaintiffs allege that Defendants failed to respond to several qualified written requests under the Real Estate Settlement Procedures Act ("RESPA") and that Defendants were required to but did not "cease and desist collection efforts/foreclosure actions" or "comply with Plaintiffs['] request for document production" in violation of RESPA, the Trust in Lending Act ("TILA"), and the Fair Debt Collection Practices Act ("FDCPA"). Plaintiffs claim that, due to these alleged statutory violations and the failure to offer an affordable loan modification, Defendants should be enjoined from conducting a foreclosure sale of the Property. Thus, Plaintiffs' claims arising under federal law (i.e., RESPA, TILA and the FDCPA) and the Court has supplemental jurisdiction over any remaining claims (although it appears there are no other claims alleged, except a request for injunctive relief) under 28 U.S.C. § 1367.

4. Counsel for Harmon represents that Harmon has not been formally served with the Complaint but consents to removal without waiver of the right to challenge service.

5. Pursuant to 28 U.S.C. § 1446, a copy of this Notice of Removal is being filed with the Massachusetts Superior Court, Essex County.

6. Pursuant to Local Rule 81.1(c), within fourteen (14) days of filing this Notice of Removal, Defendants will file certified or attested copies of the state court record in this Court.

**WHEREFORE**, Ditech Financial LLC and RBS Citizens, N.A. request that the above action now pending against it in the Massachusetts Superior Court, Essex County be removed therefrom to this Court.

DITECH FINANCIAL LLC and
RBS CITIZENS, N.A.

By their attorneys,

*/s/ Amy B. Hackett*

Dated: March 15, 2017

Richard Briansky (BBO# 632709)
Amy B. Hackett (BBO# 676345)
McCarter & English LLP
265 Franklin Street
Boston, MA 02110
Phone: (617) 449-6500
rbriansky@mmcarter.com
ahackett@mccarter.com

## CERTIFICATE OF SERVICE

I, Amy B. Hackett, certify that on March 15, 2017, I served a copy of the foregoing document on counsel for all parties by delivering a copy of the same by overnight mail and email:

Robert J. Searle
Susan Grelle Searle
9 Prospect Street
Merrimac, MA 01860
suzn911@gmail.com

*/s/ Amy B. Hackett*
Amy B. Hackett