# EXHIBIT A

COMMONWEALTH OF MASSACHUSETTS

Essex, ss

Superior Court

Robert J Searle
Susan Grelle Searle

_____
Plaint _s

v.

R.B.S. Citizens, N.A , Ditech
Greentree Financial, Harmon Law Offices, P.C.

_____
Defen_ant(s)

*COMPLAINT AND* (handwritten)

MOTION FOR PRELIMINARY
INJUNCTION *RO ,* (handwritten)

## MOTION FOR PRELIMINARY INJUNCTION TO STOP FORECLOSURE SALE

Now c__mes the Plaintiffs, Robert J Searle and Susan Grelle Searle, seeking equitable relief, here__y move this Honorable Court, per G.L.c. 214, ss 1, to enter an order preliminarily enjoini__ the Defendant from taking any actions and/or proceedings toward and/or relating to the foreclo_ure of the property situated  at  9 Prospect St Merrimac, MA 01860.
The property present__ serves as the residence (28 years) of Plaintiffs family and the loss would result in irreparable i__ury to Plaintiff and dependents.
Plaintiffs residence re__ains the main source of retirement income for both Plaintiffs as they will be accessing such equi__y within the next several years.

Plaintiffs have owned __nd resided in the property since 1989 (28 years)
Plaintiffs have raised __ree children and currently a grandson in this home which Plaintiff reconstructed in 2005
Defendant has failed __ provide standing or authorization inclusive of the original note, each assignment and the Pr__missory Note as requested by the Plaintiff on several occasions via Qualified Written Requ__st.
Defendant Answers to __equest for documents, as being too cumbersome
The Defendant has fai__d to comply with Plaintiffs requests for document production per the below noted Rules, A__s and Procedures.
There is a substantial li__elihood of success in an action regarding violations of the Rules of Law noted below.
See " Shankar Garg v. __resian" (Mass, 2011) 09-P-2309

Pursuant to the Real E__ate Settlement Procedures Act (RESPA) 12 U.S.C. § 2605(e), Regulation X at 24 C.F.R. § 3500, __ruth in Lending Act (TILA) § 1604(e), 15 U.S.C., § § 1601 et seq., Fair Debt Collection Practi__ Act (FDCPA) 15 U.S.C. § 1692 et seq., and are to immediately cease and desist collection e__urts/foreclosure actions with regards to an alleged mortgage debt. Lender

must also answer with specificity, every question in the QWR on a point by point basis, and provide the document demanded within a timely manner.

Plaintiff is seeking Preliminary Injunction to stop foreclosure sale in order to file action in Federal Court for violation of Rules of FDCPA ,TILA and RESPA.

Plaintiff requested a Loan Modification in 2010 and after approx four months and an intervention from the Mass Attorney General's office for unfair collection practices and allegations of improprieties, the servicer at that time (Defendant/Greentree) provided Plaintiff with a modified mortgage at a higher rate of interest and shoddy/inconsistent legal documents.

As the Plaintiff prepared to make the first payment of this newly fixed rate mortgage contract, Greentree requested a much larger payment (almost $200 more)than the new contract required. Unable to provide a reason as to why the payment was $200 higher, contact person at servicer advised Plaintiff to wait to hear back from them.
Plaintiff never received any communication from servicer.
Plaintiff called weekly to speak with the contact person and was advised that they would return Plaintiffs call, which never happened.
Plaintiff has been consistently trying to get a modification from Greentree aka Ditech since 2010.
Defendant has not provided any relief to Plaintiff with regard to new financing.
Plaintiff feels that Defendant has purposely left Plaintiff without financing in hope of a foreclosure.
**This debt is a Home Equity Line of Credit which is subordinate to a small First Mortgage balance with another lender which has remained current since inception.**
This was a five year adjustable rate HELOC that was paid on time for the entire 60 months.
When the adjustable came due to become a 15 year fixed rate, both Plaintiffs had been laid off from their jobs.
They continued to pay the interest on the HELOC for another 10 months,  the lender accepted all monies, while they awaited an answer from the Lender on a modification due to their circumstance.
Plaintiffs have been forthcoming in seeking fair financing since 2010.
Defendant has not done right by Plaintiff in providing the remedy sought for a fair financing plan. Defendant states that they would have no problem foreclosing and paying off Plaintiffs first mortgage to take ownership and sell the property.
In 2011 RBS, Citizens denied owning the "note" when Mass Attorney General was seeking information and documentation from them in this matter.
Greentree/aka Ditech have been less than forthcoming throughout this process.
Plaintiff again applied for a modification in July 2016. Defendant prolonged the process for over 70 days, and then denied the Plaintiff a modification stating that they did not make it a practice to provide for 2nd mortgage modifications.

To allow a foreclosure sale to go forward would cause irreparable damage to the family.
See " Cousins v. Bray 297 F. Supp. 2d 1027 (S.D. Ohio, 2003)
  * Plaintiffs would be unable to live elsewhere at similar cost.
  * The loss of their home would deplete all the equity they have built which is the majority of their retirement funding.

In support of this Motion for Preliminary Injunction, Plaintiff submits some prior communications with Defendant in an effort to remedy this situation.

Plaintiff respectfully request s a hearing on its Motion and that an Order for Preliminary Injunction be entered in the proposed form attached hereto.

Respectfully submitted,

Robert J Searle
Susan Grelle Searle, pro se
9 Prospect St   Merrimac, MA 01860
suzn911@gmail.com

| SUMMONS AND TEMPORARY RESTRAINING ORDER | DOCKET NUMBER<br>1777CV00301 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|

| CASE NAME:<br>Robert J Searle et al vs. RBS Citizens, N.A. et al | Thomas H. Driscoll, Jr., Clerk of Courts |
|---|---|

| TO:<br>Ditech Greentree Financial | COURT NAME & ADDRESS<br>Essex County Superior Court - Salem<br>J. Michael Ruane Judicial Center<br>56 Federal Street<br>Salem, MA 01970 |
|---|---|

To the above named defendant(s):

You are hereby summoned and required to serve upon, plaintiff's attorney:

**Robert J Searle**

,

an answer to the complaint/3rd party complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint/3rd party complaint.  You are also required to file your answer to the complaint/3rd party complaint in the office of Clerk of this Court at Salem either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**WE ALSO NOTIFY YOU.** that application has been made in said action for a Preliminary Injunction. A hearing will be held at the court house on:

Date: 03/16/2017

Time: 02:00 PM

Session: Civil A

Session Location: **Essex County Superior Court - Salem**

at which time you may appear and show cause why such application should not be granted. In the meantime, until such hearing, **WE COMMAND YOU,** Ditech Greentree Financial and your agents, attorneys and counselors, and each and every one of them:

The defendants are temporarily restrained from proceedings with foreclosure sale on 9 Prospect Street in Merrimac until further order of the Court.

| DATE ISSUED<br>03/06/2017 | ASSOCIATE JUSTICE<br>Hon. Joshua Wall | ASSISTANT CLERK<br>X | SESSION PHONE#<br>(978)825-4800 |
|---|---|---|---|

Date/Time Printed                                                                                                            SCV920.11/2014

| CIVIL TRACKING ORDER (STANDING ORDER 1-88) | DOCKET NUMBER 1777CV00301 | Trial Court of Massachusetts The Superior Court |
|---|---|---|

CASE NAME:
Robert J Searle et al vs. RBS Citizens, N.A. et al

Thomas H. Driscoll, Jr., Clerk of Courts

TO:  Susan Grelle Searle

COURT NAME & ADDRESS
Essex County Superior Court - Salem
J. Michael Ruane Judicial Center
56 Federal Street
Salem, MA 01970

### TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 06/05/2017 | |
| Response to the complaint filed (also see MRCP 12) | | 07/05/2017 | |
| All motions under MRCP 12, 19, and 20 | 07/05/2017 | 08/03/2017 | 09/05/2017 |
| All motions under MRCP 15 | 07/05/2017 | 08/03/2017 | 09/06/2017 |
| All discovery requests and depositions served and non-expert depositions completed | 01/02/2018 | | |
| All motions under MRCP 56 | 01/30/2018 | 03/01/2018 | |
| Final pre-trial conference held and/or firm trial date set | | | 06/29/2018 |
| Case shall be resolved and judgment shall issue by | | | 03/06/2019 |

The final pre-trial deadline is not the scheduled date of the conference. You will be notified of that date at a later time.

Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.

This case is assigned to

| DATE ISSUED 03/06/2017 | ASSISTANT CLERK Carlotta Patten | PHONE (978)825-4800 |
|---|---|---|

Date/Time Printed: 03-06-2017 10:06:15                                                     SCV026L 1/12/2016

Ditech Financial, LLC
P O Box 6172
Rapid City, S.D. 509-6172          FAX: 877-612-2422

March 6, 2017

RE: Pending Mortgage Foreclosure Sale
Your Acct# 6600320- Searle

Dear Sirs/Madam,                    *Restraining Order*

Attached please fird copy of Motion for Preliminary Injunction
Hearing date forthcming. *3/16/17*

As servicer, you must notify the alleged holder of note, RBS Citizens, N.A. of same

Please note that a foreclosure sale cannot take place until this matter has been
resolved

Thank you for your prompt attention to this matter.

Respectfully,

Robert J Searle
Susan Grelle Searle
9Prospect St
Merrimac, MA 01860
978-504-1230